**FORM 1**
Page No: 1

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | | | |
|---|---|---|---|---|
| Case No.: | 17-43227 | | Trustee Name: | John Dee Spicer |
| Case Name: | SPARTAN TACTICAL GEAR, LLC | | Date Filed (f) or Converted (c): | 08/04/2017 (f) |
| For the Period Ending: | 12/31/2017 | | §341(a) Meeting Date: | 09/20/2017 |
| | | | Claims Bar Date: | 12/20/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  BANK ACCOUNTS | $56.00 | $801.92 | | $801.92 | FA |
| Asset Notes:  First Financial Bank - Checking account #2070; Checking account. All funds were turned over. | | | | | |
| 2  ACCOUNTS RECEIVABLE | $4,645.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  Accounts receivable 90 days old or less. The accounts appear to be uncollectible. | | | | | |
| 3  ACCOUNTS RECEIVABLE | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  Accounts receivable over 90 days old. | | | | | |
| 4  INVENTORY, EXCLUDING AGRICULTURE ASSETS | $45,617.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  First responders uniform clothing, wearable gear and tactical requirements. The Trustee has made numerous attempts to obtain offers on the inventory from a list of potential purchasers supplied by the debtor, but no offers have been made. | | | | | |
| 5  OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; and col | $3,300.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  Office fixtures; FFE of resale site. Economically insignificant to administer. | | | | | |
| 6  TAX REFUNDS  (u) | $0.00 | $1,082.45 | | $0.00 | FA |
| Asset Notes:  Potential TX Workforce Commission tax credit refund. Asset economically insignificant to administer. | | | | | |

**TOTALS (Excluding unknown value)**                        **Gross Value of Remaining Asset**

| | | | |
|---|---|---|---|
| $53,618.00 | $1,884.37 | $801.92 | $0.00 |

**Major Activities affecting case closing:**

12/31/2017  The Trustee anticipates filing a No Distribution Report (With Insignificant Funds)

| | | | | |
|---|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 10/31/2019 | **Current Projected Date Of Final Report (TFR):** | 10/31/2019 | /s/ JOHN DEE SPICER |
| | | | | JOHN DEE SPICER |

# FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | | | |
|---|---|---|---|
| **Case No.** | 17-43227 | **Trustee Name:** | John Dee Spicer |
| **Case Name:** | SPARTAN TACTICAL GEAR, LLC | **Bank Name:** | Union Bank |
| **Primary Taxpayer ID #:** | **-***9130 | **Checking Acct #:** | ******8018 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Checking |
| **For Period Beginning:** | 01/01/2017 | **Blanket bond (per case limit):** | $300,000.00 |
| **For Period Ending:** | 12/31/2017 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/06/2017 | (1) | Spartan Tactical Gear LLC | Turnover of bank account balance Account No. 84110102070 | 1129-000 | $801.92 | | $801.92 |
| 11/10/2017 | | Integrity Bank | Transfer Funds | 9999-000 | | $801.92 | $0.00 |
| | | | **TOTALS:** | | $801.92 | $801.92 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $801.92 | |
| | | | **Subtotal** | | $801.92 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $801.92 | $0.00 | |

| For the period of 01/01/2017 to 12/31/2017 | | For the entire history of the account between 01/01/1900 to 12/31/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $801.92 | Total Compensable Receipts: | $801.92 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $801.92 | Total Comp/Non Comp Receipts: | $801.92 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $801.92 | Total Internal/Transfer Disbursements: | $801.92 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| Case No. | 17-43227 | Trustee Name: | John Dee Spicer |
|---|---|---|---|
| Case Name: | SPARTAN TACTICAL GEAR, LLC | Bank Name: | INTEGRITY BANK |
| Primary Taxpayer ID #: | **-***9130 | Checking Acct #: | ******3227 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 01/01/2017 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 12/31/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/10/2017 | | Union Bank | Transfer Funds | 9999-000 | $801.92 | | $801.92 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.80 | $801.12 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.19 | $799.93 |

| | | |
|---|---|---|
| **TOTALS:** | $801.92 | $1.99 | $799.93 |
| Less: Bank transfers/CDs | $801.92 | $0.00 | |
| Subtotal | $0.00 | $1.99 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $0.00 | $1.99 | |

| For the period of 01/01/2017 to 12/31/2017 | | For the entire history of the account between 11/10/2017 to 12/31/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $801.92 | Total Internal/Transfer Receipts: | $801.92 |
| | | | |
| Total Compensable Disbursements: | $1.99 | Total Compensable Disbursements: | $1.99 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1.99 | Total Comp/Non Comp Disbursements: | $1.99 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

| | | |
|---|---|---|
| **Case No.** | 17-43227 | |
| **Case Name:** | SPARTAN TACTICAL GEAR, LLC | |
| **Primary Taxpayer ID #:** | **-***9130 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 01/01/2017 | |
| **For Period Ending:** | 12/31/2017 | |

| | |
|---|---|
| **Trustee Name:** | John Dee Spicer |
| **Bank Name:** | INTEGRITY BANK |
| **Checking Acct #:** | ******3227 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $300,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $801.92 | $1.99 | $799.93 |

**For the period of 01/01/2017 to 12/31/2017**

| | |
|---|---:|
| Total Compensable Receipts: | $801.92 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $801.92 |
| Total Internal/Transfer Receipts: | $801.92 |
| | |
| Total Compensable Disbursements: | $1.99 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1.99 |
| Total Internal/Transfer Disbursements: | $801.92 |

**For the entire history of the account between 11/10/2017 to 12/31/2017**

| | |
|---|---:|
| Total Compensable Receipts: | $801.92 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $801.92 |
| Total Internal/Transfer Receipts: | $801.92 |
| | |
| Total Compensable Disbursements: | $1.99 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1.99 |
| Total Internal/Transfer Disbursements: | $801.92 |

/s/ JOHN DEE SPICER

JOHN DEE SPICER